1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PHILLIP G. STEPHENS,

11            Petitioner,                      No. CIV S-06-2291 FCD GGH P

12        vs.

13    BUREAU OF PRISON TERMS,

14            Respondent.                      ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On April 10, 2007, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within twenty days.  Neither

22    party has filed objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1

1        1.  The findings and recommendations filed April 10, 2007, are adopted in full;

2   and

3        2.  Respondent's March 15, 2006, motion to dismiss, which petitioner expressly

4   does not oppose, is granted on the ground that petitioner has failed to exhaust state court

5   remedies, and this petition is dismissed without prejudice.

6   DATED: June 26, 2007.

7

8                                        _____

9                                        FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26